No. 75–110.   SAKRAIDA *v.* AG PRO, INC.   C. A. 5th Cir. Certiorari granted.

No. 75–145.   NORTHERN CHEYENNE TRIBE *v.* HOLLOW-BREAST ET AL.   C. A. 9th Cir.   Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–130.   QUINN, COMMISSIONER, CHICAGO FIRE DEPARTMENT *v.* MUSCARE.   C. A. 7th Cir.   Motion for leave to file petition for writ of mandamus denied. Alternative petition for writ of certiorari granted.   Case is recaptioned in this Court to reflect true respondent in this case.

No. 74–1392.   WASHINGTON *v.* LESNICK.   Sup. Ct. Wash.   Certiorari denied.

No. 74–1439.   NUSBAUM, JUDGE *v.* GHEZZI, ACTING SECRETARY OF STATE OF NEW YORK, ET AL.; and
No. 74–1468.   RUBINO ET AL. *v.* GHEZZI, ACTING SECRETARY OF STATE OF NEW YORK, ET AL.   C. A. 2d Cir. Certiorari denied.   Reported below: 512 F. 2d 431.

No. 74–1554.   MING *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 74–6452.   ACOSTA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–6463.   BRANTLEY *v.* SULLIVAN, CORRECTIONS COMMISSIONER, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 74–6546.   HOLSEY *v.* CRIMINAL COURT OF BALTIMORE ET AL.   C. A. 4th Cir.   Certiorari denied.